NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZHEJIANG NATIVE PRODUCE & ANIMAL BY-PRODUCTS IMPORT & EXPORT CORP.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, SIOUX HONEY ASSOCIATION, AMERICAN HONEY PRODUCERS ASSOCIATION,**
*Defendants-Appellees*

---

2017-2353

---

Appeal from the United States Court of International Trade in No. 1:04-cv-00268-RKE, Senior Judge Richard K. Eaton.

---

## JUDGMENT

---

JORDAN CHARLES KAHN, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, Washington, DC, argued for plaintiff-appellant. Also represented by NED H. MARSHAK, BRUCE M. MITCHELL, New York, NY.

KARA WESTERCAMP, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United

States. Also represented by REGINALD THOMAS BLADES, JR., JEANNE DAVIDSON, CHAD A. READLER; NANDA SRIKANTAIAH, NATAN P. L. TUBMAN, Office of Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

MICHAEL J. COURSEY, Kelley Drye & Warren, LLP, Washington, DC, argued for defendants-appellees Sioux Honey Association, American Honey Producers Association. Also represented by ROBERT ALAN LUBERDA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>September 10, 2018</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court